File No. 801788

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF THE STATE OF NEW YORK

Donna M. Castillo,

                Plaintiff           Civil Action No.

vs.

Bisson Moving and Storage Co., and Andrew T. Parker,

                Defendants.

## DISCLOSURE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1

Bisson Transportation, Inc. (improperly identified in Plaintiff's Complaint as "Bisson Moving and Storage Co."), is not a publicly held corporation and does not have any publicly held parent corporations or subsidiaries.

                **RAWLE & HENDERSON** LLP

Dated: June 13, 2007        By: _____
                                        Jeffrey A. Segal, Esquire
                                        140 Broadway, Ste. 4636
                                        46th Floor
                                        New York, NY 10005
                                        (212) 858-7570
                                        Attorney for Defendants,
                                        Bisson Transportation, Inc. and
                                        Andrew T. Parker

2090597-1