JEFFREY A. SEGAL
212-858-7570
jsegal@rawle.com

SUITE 4636
140 BROADWAY, 46TH FLOOR
NEW YORK, NY 10005

TELEPHONE: (212) 858-7570
FACSIMILE: (212) 858-7750

July 11, 2007

*Filed via ECF*
Paul A. Crotty, USDJ
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York City, NY 10007-1312

    **Re:**   Donna Castillo vs. Bisson Moving and Storage Co., et al
           Civil Action No: 07cv5705 (PAC)
           Our File No. 801788

Dear Judge Crotty:

    Pursuant to the Initial Conference Order dated June 25, 2007 in the above referenced matter, the pre-trial conference has been scheduled on July 16, 2007 at 3:15 p.m. With the consent of our adversary, we herein request an adjournment of that date as we have an out of State scheduling conflict on that day.

    Thank you for your kind consideration in this matter.

Very truly yours,

RAWLE & HENDERSON LLP

By: _/s/ Jeffrey A. Segal_
      Jeffrey A. Segal

JAS/mlb
cc:     Heath Buzin, Esquire – sent via reg. mail & fax

2108587-1