JEFFREY A. SEGAL
212-858-7570
jsegal@rawle.com

SUITE 4636
140 BROADWAY, 46TH FLOOR
NEW YORK, NY 10005

TELEPHONE: (212) 858-7570
FACSIMILE: (212) 858-7750

July 12, 2007

*Filed via ECF*
Paul A. Crotty, USDJ
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York City, NY 10007-1312

      **Re:** Donna Castillo vs. Bisson Moving and Storage Co., et al
           Civil Action No: 07cv5705 (PAC)
           Our File No. 801788

Dear Judge Crotty:

      Pursuant to the Initial Conference Order dated June 25, 2007 in the above-referenced matter, a pre-trial conference is scheduled on July 16, 2007 at 3:15 p.m. With the consent of our adversary, we herein request the first adjournment of that date due to an out of State scheduling conflict. We have conferred with our adversary and propose the following three (3) alternative dates:

           August 15, 2007, August 24, 2007 or September 4, 2007

      Thank you for your kind consideration in this matter.

Respectfully submitted,

RAWLE & HENDERSON LLP

By: *[signature]*
    Jeffrey A. Segal

JAS/mlb
cc:    Heath Buzin, Esquire – sent via fax

2108587-1