USDS SDNY PAGE 02/02
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 1 4 2007

File No. 801788

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF THE STATE OF NEW YORK**

Donna M. Castillo,

   Plaintiff        Civil Action No. 07cv5705

vs.

Bisson Moving and Storage Co., and Andrew T. Parker,

             **SO ORDERED**
             **STIPULATION**

   Defendants.

IT IS HEREBY STIPULATED AND AGREED, that defendants Bisson Moving & Storage, Co. and Andrew T. Parker shall be permitted to file a third-party complaint against non-party TravelCenters of America, Inc.

IT IS HEREBY STIPULATED AND AGREED that facsimile copies of this Stipulation executed in counterparts shall be treated as an originals.

_____     _____
Heath Buzin, Esquire          Brian P. Blake, Esquire
PHILLIPS, KRANTZ & LEVI, LLP    Rawle & Henderson, LLP
204 West 84th Street         140 Broadway, Ste. 4636
New York, NY 10024        New York, NY 10005
(212) 580-6500          (212) 858-7570

Dated:              Dated:

SO ORDERED: NOV 1 4 2007

_____
Hon. Paul A. Crotty, U.S.D.J.

1200018-1

# RAWLE & HENDERSON LLP



JEFFREY A. SEGAL
212-858-7570
jsegal@rawle.com

The Nation's Oldest Law Office - Established in 1783

www.rawle.com

SUITE 4630
140 BROADWAY, 46TH FLOOR
NEW YORK, NY 10005

TELEPHONE:(212) 858-7570
FACSIMILE:(212) 858-7750

November 13, 2007

**Via Facsimile**
Paul A. Crotty, USDJ
United States District Court
Southern Dist. Of New York
500 Pearl Street, Ctrm 20-C
New York, NY

  Re: Donna Castillo vs. Bisson Moving and Storage Co., et al
    Civil Action No: 07cv5705 (PAC)
    Our File No. 801788

Dear Judge Crotty:

  With the consent of counsel for plaintiff, Defendants, Bisson Moving & Storage, Inc. and Andrew T. Parker, respectfully request permission to file a third-party complaint against TravelCenters of America, Inc. without filing a motion requesting leave to join additional parties as prescribed in Your Honor's initial scheduling order. If allowed, the Third-party Complaint will be filed by November 30, 2007. In the alternative, if Your Honor wishes that we file a motion, defendants request until November 30, 2007 to file the motion.

  Should the Court require a telephone conference to further discuss this matter, please notify our office and we will arrange one at the Court's convenience.

  Thank you for your anticipated attention and consideration to this matter.

              Respectfully Submitted,

              RAWLE & HENDERSON LLP

              By
              Jeffrey A. Segal, Esquire
              Brian P. Blake, Esquire

2199915-1

PHILADELPHIA, PA PITTSBURGH, PA HARRISBURG, PA MEDIA, PA MARLTON, NJ NEW YORK, NY WILMINGTON, DE WHEELING, WV

# RAWLE & HENDERSON LLP

November 13, 2007
Page 2

                                               Attorney for Defendants
                                               Bisson Moving and Storage Co.,
                                               and Andrew T. Parker

cc: **via facsimile**
      Heath Buzin, Esq.

JAS/jag

2199915-1