# RAWLE & HENDERSON LLP



JEFFREY A. SEGAL
212-858-7570
jsegal@rawle.com

The Nation's Oldest Law Office - *Established in 1783*

www.rawle.com

SUITE 4636
140 BROADWAY, 46TH FLOOR
NEW YORK, NY 10005

TELEPHONE:(212) 858-7570
FACSIMILE.(212) 858-7750

November 26, 2007

**Via Facsimile**
Paul A. Crotty, USDJ
United States District Court
Southern Dist. of New York
500 Pearl Street, Ctrm 20-C
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 2 9 2007

November 29, 2007
Application **GRANTED**
SO Ordered NOV 2 9 2007

*[signature]*

Re:  Donna Castillo vs. Bisson Moving and Storage Co., et al
     Civil Action No: 07cv5705 (PAC)
     Our File No. 801788

Dear Judge Crotty:

We write to respectfully withdraw our prior letter, dated November 13, 2007 wherein we requested the Court's permission to file a third-party complaint in this matter against TravelCenters of America, Inc.

Thank you for your anticipated attention and consideration to this matter.

Very truly yours,

RAWLE & HENDERSON LLP

By: *[signature]*
    Jeffrey A. Segal

JAS/

**MEMO ENDORSED**

cc:  Heath Buzin, Esquire – via facsimile

2206396-1

PHILADELPHIA, PA   PITTSBURGH, PA   HARRISBURG, PA   MEDIA, PA   MARLTON, NJ   NEW YORK, NY   WILMINGTON, DE   WHEELING, WV