# RAWLE & HENDERSON



The Nation's Oldest Law Office - Established in 1783

www.rawle.com

JEFFREY A. SEGAL
212-858-7570
jsegal@rawle.com

SUITE 4030
140 BROADWAY, 46TH FLOOR
NEW YORK, NY 10005

TELEPHONE:(212) 858-7570
FACSIMILE:(212) 858-7750

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 8 2007

December 14, 2007

**Via Facsimile and ECF**
Paul A. Crotty, USDJ
United States District Court
Southern Dist. Of New York
500 Pearl Street, Ctrm 20-C
New York, NY

> December 14, 2007
>
> **Application GRANTED**
> **SO Ordered**
>
> *[handwritten: expert discovery (ie. medical testimony) is to be included within the 60 day extension, as discussed at the conference on 12/17/2007]*
>
> /s/ Paul A. Crotty
> USDJ

Re: Donna Castillo vs. Bisson Moving and Storage Co., et al
Civil Action No: 07cv5705 (PAC)
Our File No. 801788

Dear Judge Crotty:

**MEMO ENDORSED**

With the consent of our adversary, we respectfully request a 60 day extension of the fact discovery end date of 1/11/08 and the expert discovery deadline of 2/26/08 due to difficulty coordinating depositions and physical examinations prior to the deadlines.

The deposition of plaintiff was completed on December 12, 2007. Defendant, Andrew Parker, who resides out-of-state, was not available on December 12, 2007. We are in the process of coordinating mutually agreeable dates for his deposition. In addition, we will not be able to obtain dates for examinations of plaintiff by our experts until late January and early February due to the availability of our experts.

Should the Court require a telephone conference to further discuss this matter, please notify our office and we will arrange one at the Court's convenience. Thank you for your anticipated attention and consideration to this matter.

Very truly yours,

RAWLE & HENDERSON LLP

By: /s/ Jeffrey A. Segal
Jeffrey A. Segal
JAS/CAS

cc: Heath Buzin, Esquire

---

PHILADELPHIA, PA   PITTSBURGH, PA   HARRISBURG, PA   MEDIA, PA   MARLTON, NJ   NEW YORK, NY   WILMINGTON, DE   WHEELING, WV