UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Donna M. Castillo,

          Plaintiff,

- against -

Bisson Moving and Storage Co and Andrew T. Parker

          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 8 2008
```

07 Civ. 5705 (PAC)
**ORDER OF DISCONTINUANCE**

HONORABLE PAUL A. CROTTY, United States District Judge:

The Court having been advised that the above-referenced matter has settled[1], it is,

**ORDERED,** that the above-referenced action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof. The Court will sign a Stipulation of Dismissal with Prejudice upon receipt from either party.

In light of the settlement, the May 14, 2008 Final Pretrial Conference, and May 27, 2008 trial date are cancelled. The Clerk of Court is directed to close out this case.

Dated: New York, New York
       April 8, 2008

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge

---

[1] See attached letter dated April 3, 2008 from Jeffrey A. Segal.

# RAWLE & HENDERSON LLP



JEFFREY A. SEGAL
212-858-7570
jsegal@rawle.com

The Nation's Oldest Law Office • *Established in 1783*

www.rawle.com

SUITE 4636
140 BROADWAY, 46TH FLOOR
NEW YORK, NY 10005

TELEPHONE:(212) 858-7570
FACSIMILE:(212) 858-7750

April 3, 2008

Paul A. Crotty, USDJ
United States District Court
Southern Dist. Of New York
500 Pearl Street, Ctrm 20-C
New York, NY 10007

      Re:    Donna Castillo vs. Bisson Moving and Storage Co., et al
             Civil Action No: 07cv5705 (PAC)
             Our File No. 801788

Dear Judge Crotty:

    This shall confirm that the above-referenced matter has settled. At this time a Release and Stipulation of Dismissal with Prejudice has been sent to plaintiff's counsel for signature and will be submitted to the Court once the settlement draft has been issued.

    Thank you for your attention and cooperation to this matter.

Respectfully submitted,

RAWLE & HENDERSON LLP

By: *Jeffrey A. Segal* (signature)
Jeffrey A. Segal

JAS/rd
cc:    Heath Buzin, Esquire