File No. 801788

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF THE STATE OF NEW YORK

Donna M. Castillo,

        Plaintiff

vs.

Bisson Moving and Storage Co., and Andrew T. Parker,

        Defendants.

Civil Action No. 07cv5705

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 29 2008
```

### STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed that the above-entitled action, having been amicably adjusted by and between the parties, is hereby dismissed with prejudice and without costs against either party.

This court shall retain jurisdiction to enforce the terms and conditions of the settlement.

PHILLIPS, KRANTZ & LEVI, LLP

By: _____
Heath Buzin, Esquire
204 West 84th Street
New York, NY 10024
Attorney for Plaintiff

Dated: April 29, 2008

RAWLE & HENDERSON, LLP

By: _____
Jeffrey A. Segal, Esquire
140 Broadway, Suite 4636
New York, NY 10005
Attorney for Defendants

Dated: April 21, 2008

SO ORDERED:

_____ 4/29/08
Paul A. Crotty, USDJ

2366498-1